**Order entered April 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01340-CV

### COKINOS, BOSIEN & YOUNG, Appellant

### V.

### SHELIA D. MOORE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF EUGENE H. MOORE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03317**

## ORDER

Before the Court is appellant's April 1, 2019 unopposed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 8, 2019.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE